**The relief described hereinbelow is SO ORDERED.**

**Signed February 14, 2022.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

___

**United States Bankruptcy Court for the Western District of Texas/El Paso Division**

| STUART C. COX, CHAPTER 13 TRUSTEE<br>1760 N. Lee Trevino Drive<br>El Paso, TX 79936 | Case Number: 21-30947-HCM Chapter 13 |
|---|---|
| | **ORDER CONFIRMING THE PLAN** |
| IN RE: DON CORNELL TURNER<br><br>165 LAGO DE ORO DR<br>EL PASO, TX 79928 | |
| Debtor's SSN: ###-##-3138 | KARLA P. GRIFFIN LAW FIRM<br>1123 E. RIO GRANDE<br>EL PASO, TX 79902-0000 |

ORDER CONFIRMING THE PLAN

The Debtor represents in order to obtain plan Confirmation that the Chapter 13 Plan of Debtor(s) (hereinafter "Debtor") has been transmitted to all creditors. Further the Debtor represents that the Debtor's plan, or amended plan filed on 12/10/2021, and hereafter referred to as the plan, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 Plan is confirmed.

(2) Unless otherwise provided below or by other Court order, property of the estate shall not revest in Debtor until the earlier of discharge of Debtor or dismissal of the case; and

(3) Notwithstanding any provision of the plan, a creditor must timely file a proof of claim with the clerk of Court in order to receive a distribution under this plan.

(4) The debtor's plan payments will be $1180X2 then $1380X58 with an increased plan base amount of $82,400.00.

The Clerk is directed to serve a copy of this Order upon Debtor(s), counsel for Debtor(s), the Trustee, and all creditors and parties who have filed a notice of appearance in the case.

**IT IS SO ORDERED.**

###

Confirmation Recommended by

/s/ Stuart C. Cox
STUART C. COX, CHAPTER 13 TRUSTEE
1760 N. Lee Trevino Drive
El Paso, TX  79936